COMMONWEALTH of Pennsylvania,
Respondent

v.

Jennifer L. DEMMITT, Petitioner.

Commonwealth of Pennsylvania,
Respondent

v.

Gerald Eugene Jacobs, Jr., Petitioner.

Supreme Court of Pennsylvania.

March 9, 2010.

### ORDER

PER CURIAM.

AND NOW, this 9th day of March, 2010, the Petitions for Allowance of Appeal are **GRANTED.** The Orders of the Superior Court are **VACATED,** and the cases are **REMANDED** to the trial court for proceedings consistent with *Commonwealth v. Haag,* 981 A.2d 902 (Pa.2009).